# Civil Cover Sheet

**07cv6149**
**JUDGE NORGLE**
**MAG. JUDGE SCHENKIER**

CAT I

FILED
OCT 31 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**(a) PLAINTIFFS**
AMIRI CURRY

**DEFENDANTS**
J.P. MORGAN CHASE & CO.; CHASE INVESTMENT SERVICES CORP.

**(b)** County of Residence of First Listed Plaintiff: Cook County, Illinois
County of Residence of First Listed Defendant: Cook County, Illinois

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Marvin A. Miller
Miller Law LLC, 115 S. LaSalle Street, Suite 2910
Chicago, IL 60603 - 312-332-3400

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 710 Fair Labor Standards Act

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Fair Labor Standards Act Section 29 U.S.C. 216(b)

## VIII. REQUESTED IN COMPLAINT:
[X] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
JURY DEMAND: [X] Yes [ ] No

## IX. This case
[X] is not a refiling of a previously dismissed action.

**DATE:** 10/31/2007
SIGNATURE OF ATTORNEY OF RECORD: [signature]