U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted l  
by Local Rules 83.12 through 83.14.

07cv6149
JUDGE NORGLE
MAG. JUDGE SCHENKIER

In the Matter of

AMIRI CURRY
v.
J.P. MORGAN CHASE & CO.; CHASE INVESTMENT SERVICES CORP; and DOES 1 through 10, inclusive

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Amiri Curry

FILED
JN
OCT 31 2007
OCT. 31, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>ROBERT J. GRAY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Robert J. Gray | |
| FIRM<br>SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP | |
| STREET ADDRESS<br>280 King of Prussia Road | |
| CITY/STATE/ZIP<br>Radnor, PA 19087 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>(610) 667-7706 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |