## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorne              be a member in good
standing of this Court's general bar or be granted leav                    vided for
by Local Rules 83.12 through 83.14.

07cv6149
JUDGE NORGLE
MAG. JUDGE SCHENKIER

In the Matter of

AMIRI CURRY

v.

J.P. MORGAN CHASE & CO.; CHASE
INVESTMENT SERVICES CORP; and
DOES 1 through 10, inclusive

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Amiri Curry

**FILED**

J N

OCT 3 1 2007
OCT. 31, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> ROBERT W. BIELA | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Robert W. Biela | |
| FIRM <br> SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP | |
| STREET ADDRESS <br> 280 King of Prussia Road | |
| CITY/STATE/ZIP <br> Radnor, PA 19087 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> (610) 667-7706 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐