AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

AMIRI CURRY,

CASE NUMBER: **07C 6149**

V.

ASSIGNED JUDGE: **JUDGE NORGLE**

J.P. MORGAN CHASE & CO.; CHASE
INVESTMENT SERVICES CORP.; and DOES
1 through 10, inclusive

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

J.P. MORGAN CHASE & CO.
c/o CT Corporation System
208 S. LaSalle Street
Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARVIN A. MILLER
MILLER LAW LLC
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603
(312) 332-3400

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

OCT 31 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10/31/07 |
| NAME OF SERVER (PRINT) Jorge Ramirez | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Dawn C. Schultz at CT Corp.

☐ Returned unexecuted: _____

☐ Other (specify): _____

**FILED**
NOV 01 2007 PH
NOV 01, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/31/07
Date

Signature of Server: Jorge Ramirez

Address of Server: 115 S. LaSalle, Chicago, IL. 60603

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.