**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AMIRI CURRY, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No.  07-C-6149 |
| v. | ) ) | Judge Charles R.  Norgle |
| | ) ) | Magistrate Judge Schenkier |
| J.P MORGAN CHASE & CO.; CHASE INVESTMENT SERVICES CORP.; and DOES 1 through 10, inclusive, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE PLEAD**

Defendants, by their attorneys, move for an extension of time to answer or otherwise plead.  In support of the Motion, Defendants state as follows:

1.    On October 31, 2007, Plaintiff Amiri Curry ("Plaintiff"), individually and on behalf of all other similarly situated, filed a Complaint against Defendants in Northern District of Illinois, Eastern Division,  Case No. 07-C-6149 (the "Complaint").  On November 1, 2007, the registered agent of both JPMorgan Chase Bank, N.A. and Chase Investment Services Corp. was served with the Summons and Complaint.

2.     Defendants have recently retained Morgan, Lewis & Bockius, LLP as counsel in this matter.

3.    Because they have recently been retained and due to the advent of the Holiday season, counsel requires additional time to investigate the allegations contained in Plaintiff's Complaint.

4.      Accordingly, Defendants request an additional 60 days, or until January

22, 2007, to answer or otherwise plead in response to Plaintiff's Complaint.

5.      Plaintiff's counsel has been contacted and has no objection to the 60-day

extension.

6.      A 60 day extension of time will not cause excessive delay in the litigation

and will not unduly prejudice any party.

WHEREFORE, Defendants respectfully request the Court grant their Unopposed

Motion for an Extension of Time To Answer or Otherwise Plead.

Respectfully submitted,

JPMORGAN CHASE BANK, N.A.
AND CHASE INVESTMENT
SERVICES CORP

By:  s/ Lucy Schwallie
        One of Their Attorneys

Sari M. Alamuddin
Lucy Schwallie
Morgan, Lewis & Bockius, LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Telephone: (312) 324-1000
Facsimile: (312) 324-1001


Dated: November 16, 2007

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 16, 2007, I electronically filed the foregoing

Unopposed Motion for an Extension of Time To Answer or Otherwise Plead and

Proposed Order with the Clerk of the Court using the CM/ECF system which sent

notification of such filing to the following:


**Joseph H. Meltzer**
**Robert W. Biela**
**Robert J. Gray**
Schiffrin, Barroway, Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19807
(610) 667-7706

**Gerald D. Wells, III**
Schiffrin & Barroway, LLC
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004-3481
(610) 667-7706

**Marvin Alan Miller**
**Matthew E. Van Tine**
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
312-332-3400
(312) 676-2676 (fax)


By:     s/ Lucy Schwallie