UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Amiri Curry
                                  Plaintiff,

v.                                                    Case No.: 1:07−cv−06149
                                                    Honorable Charles R. Norgle Sr.

J.P. Morgan Chase & Co., et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 19, 2007:

       MINUTE entry before Judge Charles R. Norgle Sr.:Unopposed Motion for an Extension of Time to Answer or Otherwise Plead [14] is granted. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.