Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6149 | **DATE** | 11/19/2007 |
| **CASE TITLE** | AMIRI CURRY vs. J.P MORGAN CHASE & CO., et al. | | |

**DOCKET ENTRY TEXT**

Defendants' time to answer or otherwise plead is extended up to and including January 22, 2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | BF |
|---|---|---|