IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMIRI CURRY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>J.P MORGAN CHASE & CO.; CHASE INVESTMENT SERVICES CORP.; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 07-C-6149<br><br>Judge Charles R. Norgle<br><br>Magistrate Judge Schenkier |

## ~~PROPOSED~~ ORDER

IT IS HEREBY ORDERED that Defendants' Unopposed Motion for an Extension of Time to Answer or Otherwise Plead up to and including January 22, 2008 is GRANTED.

BY ORDER OF THE COURT

JUDGE CHARLES R. NORGLE

By: *[signature]*

Dated: 11-19-07