**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AMIRI CURRY, individually and on behalf of all others similarly situated, </br></br>  Plaintiff, </br></br> v. </br></br> J.P MORGAN CHASE & CO.; CHASE INVESTMENT SERVICES CORP.; and DOES 1 through 10, inclusive, </br></br>  Defendants. | Case No.  07-C-6149 </br></br> Judge Charles R. Norgle </br></br> Magistrate Judge Schenkier |

**NOTICE OF MOTION TO DISMISS**

To:  Joseph H. Meltzer
     Robert W. Biela
     Gerald D. Wells, III
     Robert J. Gray
     Schiffrin, Barroway, Topaz & Kessler, LLP
     280 King of Prussia Road
     Radnor, PA 19807
     (610) 667-7706

   PLEASE TAKE NOTICE that on Friday, January 25th, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Charles R. Norgle, or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, in Courtroom 2341, and shall then and there present **Defendants' Motion to Dismiss or Strike Pursuant to Fed. R. Civ. P. 12**, a copy of which is being served upon you along with this Notice.

Respectfully submitted,

                                                JPMORGAN CHASE & CO. AND
CHASE INVESTMENT SERVICES CORP.

                                                By:  s/ Lucy Schwallie
                                                      One of Their Attorneys

Sari M. Alamuddin
Lucy Schwallie
Morgan, Lewis & Bockius, LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

Dated: January 22, 2007