IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMIRI CURRY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> J.P MORGAN CHASE & CO.; CHASE INVESTMENT SERVICES CORP.; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.  07-C-6149 <br><br> Judge Charles R. Norgle <br><br> Magistrate Judge Schenkier |

## DEFENDANTS' RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and Local Rule 3.2, Defendants hereby state that the following reflects any publicly held direct or indirect corporate parents, and listing of any publicly held company that owns 5% or more of Chase Investment Services Corp.'s stock:

    JPMorgan Chase & Co.

Respectfully submitted,

    JPMORGAN CHASE & CO. AND
    CHASE INVESTMENT SERVICES
    CORP.

  By:  s/ Lucy Schwallie
        One of Their Attorneys

Sari M. Alamuddin
Lucy Schwallie
Morgan, Lewis & Bockius, LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

Dated: January 22, 2007

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2007, I electronically filed the Rule 7.1 and Local Rule 3.2 Disclosure Statement with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:


**Joseph H. Meltzer**
**Robert W. Biela**
**Robert J. Gray**
Schiffrin, Barroway, Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19807
(610) 667-7706

**Gerald D. Wells, III**
Schiffrin & Barroway, LLC
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004-3481
(610) 667-7706

**Marvin Alan Miller**
**Matthew E. Van Tine**
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
312-332-3400
(312) 676-2676 (fax)


By:     s/ Lucy Schwallie