**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AMIRI CURRY, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>J.P MORGAN CHASE & CO.; CHASE INVESTMENT SERVICES CORP.; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 07-C-6149<br><br>Judge Charles R. Norgle<br><br>Magistrate Judge Schenkier |

## JOINT MOTION TO STAY PROCEEDINGS

Parties Plaintiff Amiri Curry ("Plaintiff") and Defendants JPMorgan Chase & Co. and Chase Investment Services Corp ("Defendants"), by their attorneys, move to stay all proceedings in this matter for a period of 30 days while the parties engage in settlement discussions. In support of their Motion, parties state as follows:

    1.    On October 31, 2007, Plaintiff filed a Complaint against Defendants in Northern District of Illinois, Eastern Division, Case No. 07-C-6149 (the "Complaint").

    2.    On January 22, 2007, Defendants filed a Motion to Dismiss or Strike Pursuant to Fed. R. Civ. P. 12. Defendants also filed their Answer to Plaintiff's Complaint.

    3.    On February 15th, 2007, Plaintiff responded to the Defendants' Motion to Dismiss.

    4.    Defendants' Reply in Support of their Motion to Dismiss is currently due February 29, 2007.

5. Parties are engaging in settlement discussion and believe that a 30-day stay of the proceedings (through and including March 28, 2008) will benefit these discussions.

6. A 30-day stay of the proceedings will not cause excessive delay in the litigation and will not unduly prejudice any party.

7. The parties request that the deadline for Defendants' Reply is Support of their Motion to Dismiss be seven days after the stay is lifted, through and including April 4, 2008.

WHEREFORE, the Parties respectfully request the Court grant their Joint Motion to Stay Proceedings.

Respectfully submitted,

JPMORGAN CHASE BANK & CO. AND CHASE INVESTMENT SERVICES CORP.

By:  s/ Lucy Schwallie
    One of Their Attorneys

Sari M. Alamuddin
Lucy Schwallie
Morgan, Lewis & Bockius, LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

AMIRI CURRY, et al.

By:  s/Marvin Miller
    One of Their Attorneys

Marvin Alan Miller
Matthew E. Van Tine
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
(312) 332-3400

Gerald D. Wells, III
Joseph H. Meltzer
Robert J. Gray
Robert W. Biela
Schiffrin, Barroway, Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19807
(610) 667-7706


Dated: February 27, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2008, I electronically filed the foregoing Joint Motion to Stay Proceedings with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

**Joseph H. Meltzer**
**Robert W. Biela**
**Robert J. Gray**
Schiffrin, Barroway, Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19807
(610) 667-7706

**Gerald D. Wells, III**
Schiffrin & Barroway, LLC
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004-3481
(610) 667-7706

**Marvin Alan Miller**
**Matthew E. Van Tine**
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
312-332-3400
(312) 676-2676 (fax)

By:  s/ Lucy Schwallie