### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| AMIRI CURRY, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 07-C-6149 |
| v. ) ) ) | Judge Charles R. Norgle |
| ) ) | Magistrate Judge Schenkier |
| J.P MORGAN CHASE & CO.; CHASE INVESTMENT SERVICES CORP.; and DOES 1 through 10, inclusive, ) ) ) ) ) | |
| Defendants. ) ) | |

## NOTICE OF JOINT MOTION TO STAY PROCEEDINGS

To:  Joseph H. Meltzer
 Robert W. Biela
 Gerald D. Wells, III
 Robert J. Gray
 Schiffrin, Barroway, Topaz & Kessler, LLP
 280 King of Prussia Road
 Radnor, PA 19807
 (610) 667-7706

PLEASE TAKE NOTICE that on Friday, April 4th, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Charles R. Norgle, or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, in Courtroom 2341, and shall then and there present this **Joint Motion to Stay Proceedings**, a copy of which is being served upon you along with this Notice.

                                                Respectfully submitted,

                                                JPMORGAN CHASE & CO. AND CHASE
                                                INVESTMENT SERVICES CORP.

                                                By:  s/ Lucy Schwallie
                                                       One of Their Attorneys

Sari M. Alamuddin
Lucy Schwallie
Morgan, Lewis & Bockius, LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Telephone: (312) 324-1000
Facsimile: (312) 324-1001


Dated: April 2, 2008