**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AMIRI CURRY, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>J.P MORGAN CHASE & CO.; CHASE INVESTMENT SERVICES CORP.; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No.  07-C-6149<br><br>Judge Charles R. Norgle<br><br>Magistrate Judge Schenkier |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants JPMorgan Chase & Co. and Chase Investment Services Corp., by their attorneys, respectfully submit Burkhart-Deal v. CitiFinancial, Inc., No. 07-1747 (W.D. Pa. June 5, 2008), (attached hereto as Exhibit A), as supplemental authority that directly addresses the issues raised in Defendants' pending motion to dismiss in this case.

                                                            Respectfully submitted,

DATED:  June 6, 2008                     s/ Lucy Schwallie
                                                            Sari M. Alamuddin
                                                            Lucy D. Schwallie
                                                            Morgan Lewis & Bockius, LLP
                                                            77 West Wacker Drive, 5th Floor
                                                            Chicago, IL 60601
                                                            (312) 324- 1000

                                                            ATTORNEYS FOR DEFENDANTS
                                                            JPMORGAN CHASE & CO.; CHASE
                                                            INVESTMENT SERVICES CORP.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2008, I electronically filed the foregoing Reply Memorandum of Law of Defendants JPMorgan Chase & Co. and Chase Investment Services Corp., Inc., in Further Support of Their Motion to Dismiss or Strike Pursuant to Fed. R. Civ. P. 12 with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

**Joseph H. Meltzer**
**Robert W. Biela**
**Robert J. Gray**
Schiffrin, Barroway, Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19807
 (610) 667-7706

**Gerald D. Wells, III**
Schiffrin & Barroway, LLC
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004-3481
(610) 667-7706

**Marvin Alan Miller**
**Matthew E. Van Tine**
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
312-332-3400
(312) 676-2676 (fax)

By:     s/ Lucy Schwallie