IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMIRI CURRY, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>J.P MORGAN CHASE & CO.; CHASE INVESTMENT SERVICES CORP.; and DOES 1 through 10, inclusive, )<br>)<br>Defendants. )<br>) | Case No. 07-C-6149<br><br>Judge Charles R. Norgle<br><br>Magistrate Judge Schenkier |

MOTION TO WITHDRAW
THE APPEARANCE OF LUCY DUNN SCHWALLIE

NOW COME the Defendants, JPMorgan Chase & Co. and Chase Investment Services Corporation ("CISC") (collectively as "Defendants", or "Chase"), by and through their attorneys, and hereby respectfully moves this Court to withdraw the appearance of one of its attorneys Lucy Dunn Schwallie. In support of this Motion, Defendants state as follows:

1. Defendants previously retained the law firm of Morgan Lewis & Bockius, LLP to represent their interests in this matter. Defendant wishes to withdraw the appearance of one of its attorneys, Lucy Dunn Schwallie from Morgan Lewis & Bockius LLP.

2. Defendants will continue to be represented in this matter by Sari M. Alamuddin of the law firm of Morgan Lewis & Bockius, LLP. No party will be prejudiced nor will any delay result from withdrawal of the appearance of Lucy Dunn Schwallie.

1-CH/216599.1

WHEREFORE, Defendants respectfully request that this Court withdraw the appearance of Lucy Dunn Schwallie.

Dated: July 2, 2008

Respectfully submitted,

JPMorgan Chase & Co. and Chase Investment Services Corporation

/s/Lucy Dunn Schwallie
One of their Attorneys

Sari M. Alamuddin
Lucy Dunn Schwallie
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, Fifth Floor
Chicago, Illinois  60601
Tel:    312.324.1000
Fax:    312.324.1001
thurka@morganlewis.com
jrrichards@morganlewis.com

## CERTIFICATE OF SERVICE

    I, Lucy Dunn Schwallie, an attorney, hereby certify that on July 2, 2008 I filed the foregoing Motion to Withdraw and Notice with the Clerk of Court via the Court's e-filing system which will send a copy to the following:

Joseph H. Meltzer
Robert W. Biela
Gerald D. Wells, III
Robert J. Gray
Schiffrin, Barroway, Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19807


                                                  /s/ Lucy Dunn Schwallie