IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMIRI CURRY, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>J.P MORGAN CHASE & CO.; CHASE INVESTMENT SERVICES CORP.; and DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No.  07-C-6149<br><br>Judge Charles R. Norgle<br><br>Magistrate Judge Schenkier |

**NOTICE OF MOTION**

To:    Joseph H. Meltzer
          Robert W. Biela
          Gerald D. Wells, III
          Robert J. Gray
          Schiffrin, Barroway, Topaz & Kessler, LLP
          280 King of Prussia Road
          Radnor, PA 19807

      **PLEASE TAKE NOTICE** that on Friday, July 11th, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Charles R. Norgle, or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, in Courtroom 2341, and shall then and there present this **Motion to Withdraw**, a copy of which is being served upon you along with this Notice.

Dated: July 2, 2008

                                                                       Respectfully submitted,

                                                                       JPMORGAN CHASE & CO. AND
                                                                       CHASE INVESTMENT SERVICES
                                                                       CORP.

                                                                       By:   s/ Lucy Dunn Schwallie
                                                                                      One of Their Attorneys

Sari M. Alamuddin
Lucy Schwallie
Morgan, Lewis & Bockius, LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Tel: (312) 324-1000   Fax: (312) 324-1001

1-CH/216616.1