# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

AMIRI CURRY, individually and on behalf of all others similarly situated, Plaintiff,

v.

J.P. MORGAN CHASE & CO.; CHASE INVESTMENT SERVICES CORP.; AND DOES 1 through 10, Defendants.

Case Number: 07-C-6149

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

J.P. MORGAN CHASE & CO.; CHASE INVESTMENT SERVICES CORP.; and DOES 1 through 10, inclusive, Defendants.

| | |
|---|---|
| NAME (Type or print) <br> Stephanie L. Sweitzer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Stephanie L. Sweitzer | |
| FIRM <br> Morgan, Lewis & Bockius LLP | |
| STREET ADDRESS <br> 77 West Wacker Drive | |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6284099 | TELEPHONE NUMBER <br> 312-324-1000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |