IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMIRI CURRY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> J.P MORGAN CHASE & CO.; CHASE INVESTMENT SERVICES CORP.; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.  07-C-6149 <br><br> Judge Charles R.  Norgle <br><br> Magistrate Judge Schenkier |

**JOINT MOTION TO STAY PROCEEDINGS**

Parties Plaintiff Amiri Curry ("Plaintiff") and Defendants JPMorgan Chase & Co. and Chase Investment Services Corp ("Defendants"), by their attorneys, move to stay all proceedings in this matter until July 31, 2008, while the parties engage in settlement discussions through mediation.  In support of their Motion, the parties state as follows:

1.    On October 31, 2007, Plaintiff filed a Complaint against Defendants in this action (the "Complaint").

2.    On January 22, 2008, Defendants filed a Motion to Dismiss or Strike Pursuant to Fed. R. Civ. P. 12.  Defendants also filed their Answer to Plaintiff's Complaint.

3.    On February 15th, 2008, Plaintiffs responded to Defendants' Motion to Dismiss.

4.    On April 4, 2008, the Court granted the parties' joint motion to stay proceedings pending settlement discussions.  Those discussions did not result in a settlement.

5.    On May 28th, 2008, following the expiration of the stay entered on April 4, 2008, Defendants' filed a reply in support of their Motion to Dismiss.

1-PR/1383376.3

6.      The parties have continued their settlement discussions and are scheduled to participate in a mediation session on July 10, 2008. The parties believe a stay of the proceedings through July 31, 2008 will benefit these discussions and permit the parties with time to determine whether the matter may be settled.

7.      A stay of the proceedings through July 31, 2008 will not cause excessive delay in the litigation and will not unduly prejudice any party.

WHEREFORE, the Parties respectfully request the Court grant their Joint Motion to Stay Proceedings.

Respectfully submitted,

JPMORGAN CHASE BANK & CO. AND CHASE INVESTMENT SERVICES CORP.

By:  s/ Stephanie L. Sweitzer
          One of Their Attorneys

Sari M. Alamuddin
Stephanie L. Sweitzer
Morgan, Lewis & Bockius, LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

2

                                        AMIRI CURRY, et al.

                            By: ____s/Marvin Miller_____
                                   One of Their Attorneys

Marvin Alan Miller
Matthew E. Van Tine
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
(312) 332-3400

Gerald D. Wells, III
Joseph H. Meltzer
Robert W. Biela
Robert J. Gray
Schiffrin, Barroway, Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19807
(610) 667-7706

Dated: July 3, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2008, I electronically filed the foregoing Joint Motion to Stay Proceedings with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

**Joseph H. Meltzer**
**Robert W. Biela**
**Robert J. Gray**
Schiffrin, Barroway, Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19807
(610) 667-7706

**Gerald D. Wells, III**
Schiffrin & Barroway, LLC
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004-3481
(610) 667-7706

**Marvin Alan Miller**
**Matthew E. Van Tine**
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
312-332-3400
(312) 676-2676 (fax)

By:　　s/ Stephanie L. Sweitzer

1-PR/1383376.3