IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMIRI CURRY, individually and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>J.P MORGAN CHASE & CO.; CHASE INVESTMENT SERVICES CORP.; and DOES 1 through 10, inclusive, )<br><br>Defendants. ) | Case No.  07-C-6149<br><br>Judge Charles R. Norgle<br><br>Magistrate Judge Schenkier |

**NOTICE OF JOINT MOTION TO STAY PROCEEDINGS**

To:   Joseph H. Meltzer
      Robert W. Biela
      Gerald D. Wells, III
      Robert J. Gray
      Schiffrin, Barroway, Topaz & Kessler, LLP
      280 King of Prussia Road
      Radnor, PA 19807
      (610) 667-7706

   PLEASE TAKE NOTICE that on Friday, July 11th, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Charles R. Norgle, or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, in Courtroom 2341, and shall then and there present this **Joint Motion to Stay Proceedings**, a copy of which is being served upon you along with this Notice.

1-CH/216447.1

          Respectfully submitted,

          JPMORGAN CHASE & CO. AND
          CHASE INVESTMENT SERVICES
          CORP.

          By:  s/ Stephanie L. Sweitzer
                One of Their Attorneys

Sari M. Alamuddin
Stephanie L. Sweitzer
Morgan, Lewis & Bockius, LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Telephone: (312) 324-1000
Facsimile: (312) 324-1001


Dated: July 3, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2008, I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:


**Joseph H. Meltzer**
**Robert W. Biela**
**Robert J. Gray**
Schiffrin, Barroway, Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19807
(610) 667-7706

**Gerald D. Wells, III**
Schiffrin & Barroway, LLC
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004-3481
(610) 667-7706

**Marvin Alan Miller**
**Matthew E. Van Tine**
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
(312) 332-3400
(312) 676-2676 (fax)


By:     s/ Stephanie L. Sweitzer

1-CH/216447.1