# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6149 | **DATE** | 7/11/2008 |
| **CASE TITLE** | AMIRI CURRY vs. J. P MORGAN CHASE & CO. | | |

**DOCKET ENTRY TEXT**

Lucy Dunn Schwallie is granted leave to withdraw her appearance as one of the attorneys for Defendants.

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|