## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6149 | **DATE** | 8/15/2008 |
| **CASE TITLE** | Curry vs. J.P. Morgan Chase & Co. et al. | | |

**DOCKET ENTRY TEXT**

On July 11, 2008 the Court granted the parties' Joint Motion to Stay the Proceedings pending the parties' settlement discussions. The parties shall appear for status on September 12, 2008 on the issue of settlement.

*Charles Norgle* (signature)

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|